■ In the Matter of the Claim of KING HARDY, Respondent, v TERMINAL TAXI, INC., et al., Appellants. WORKERS' COMPENSATION BOARD, Respondent.—Appeal from a decision of the Workers' Compensation Board, filed April 30, 1979. The board found "Based on the evidence of the record, particularly Dr. Poucher's testimony and report, the claimant has a minimum causally related psychiatric disability subsequent to July 15, 1971." The record as a whole contains substantial evidence to support the board's finding. Decision affirmed, with costs to the Workers' Compensation Board

against the employer and its insurance carrier. Mahoney, P. J., Greenblott, Main, Mikoll and Herlihy, JJ., concur.